IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wiorski, Anthony John | Case Number: 07 B 09167 |
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 5/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 31, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,503.88 | |
| Secured: | | 1,134.32 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,180.35 |
| Trustee Fee: | | 189.21 |
| Other Funds: | | 0.00 |
| Totals: | 3,503.88 | 3,503.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 2,180.35 |
| 2. | Chase Automotive Finance | Secured | 12,986.39 | 1,134.32 |
| 3. | Bank Of America | Secured | 48,000.00 | 0.00 |
| 4. | Chase Automotive Finance | Unsecured | 167.95 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 104.06 | 0.00 |
| 6. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 7. | Professional Account Management | Unsecured | | No Claim Filed |
| 8. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 63,781.40 | $ 3,314.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 189.21 |
| | _____ |
| | $ 189.21 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wiorski, Anthony John

Printed:  5/13/08

Case Number:  07 B 09167
Judge:  Hollis, Pamela S
Filed:  5/19/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

